

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 3

P19670/MAC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

## MEMORANDUM

| | |
|---|---|
| TO: | Jim Molinelli, Miscellaneous Clerk |
| FROM: | Margaret Carroll, Sr. United States Probation Officer |
| RE: | Umar Nana Agyeman |
| DATE: | May 12, 2008 |

**08 CRIM 449**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On May 1, 2006 the above-named individual was sentenced in the Eastern District of Virginia outlined in the attached J & C.

In April 22, 2008, we received the Prob. 22's endorsed by the Honorable Claude M. Hilton, U.S. District Court Judge, ordering Mr. Agyeman's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5153.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Margaret Carroll
Sr. U.S. Probation Officer